# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **ROBERT F. CLEVINGER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10CV00053 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **COMMISSIONER OF** | ) | By:  James P. Jones |
| **SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed February 17, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report (ECF No. 30) and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. Plaintiff's Application for an Award of Attorney's Fees (ECF No. 24) is GRANTED IN PART. Plaintiff is awarded attorneys' fees under the Equal Access to Justice Act in the amount of $1,156.25.  These attorneys' fees shall be paid directly to Plaintiff and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorneys' fees shall be contingent upon a determination by the government that Plaintiff owes no qualifying pre-existing

-2-

debt to the government.  If such debt exists, the attorneys' fees shall be reduced to the extent necessary to satisfy such debt.

                ENTER:  March 26, 2012

                /s/  James P. Jones
                United States District Judge